ALEX G. TSE (CABN 152348)
Attorney for the United States
Acting under Authority Conferred by 28 U.S.C. § 515

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

ROBERT DAVID REES (CABN 229441)
ADAM A. REEVES (NYBN 2363877)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7157
    Fax: (415) 436-7234
    Email: robert.rees@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> SEAN CLARK CUTTING, <br> BRIAN SCOTT MELLAND, and <br> DAVID JOHN LONICH, <br>     Defendants. | Case No. CR 14-139 SI and <br> Case No. CR 16-139 SI <br><br> **STIPULATION AND [~~PROPOSED~~]** <br> **CASE MANAGEMENT ORDER** |

**STIPULATION**

The United States and the defendants, Sean Clark Cutting, Brian Scott Melland and David John Lonich, through their respective undersigned counsel, hereby stipulate and agree as follows:

1.     WHEREAS, on February 24, 2017, the Court re-scheduled the trial of *United States v. Cutting et al.*, Case No. CR 14-139 SI, for October 10, 2017. At that time, the Court further indicated that a trial of any new action brought by the government related to this matter would also be tried on October 10, 2017.

2.     WHEREAS, on March 23, 2017, the United States filed *United States v. Cutting et al.*,

Case No. CR 17-139 SI, the so-called "new action" the Court and the parties had anticipated.

3. WHEREAS, on March 28, 2017, the Court issued an order finding that the new action, *United States v. Cutting et al.*, Case No. CR 17-139 SI, was related to the case captioned *United States v. Cutting et al.*, Case No. CR 14-139 SI.

4. WHEREAS, the Court scheduled a status hearing on April 28, 2017 in the above-captioned cases.

5. WHEREAS, counsel for the government and counsel for the defendants have conferred about a proposed schedule or case management order in advance of the April 28, 2017 status hearing and jointly propose the deadlines set forth below. Counsel for the government and counsel for the defendants have endeavored to work within the framework of the Court's standing pre-trial order but propose certain modifications to that schedule where the particularities of this case suggest it is appropriate to do so.

6. WHEREAS, counsel for the government and counsel for the defendants, after conferring, have been unable to agree on any schedule for future discovery motions, if any. Counsel for the government represents that the government is in compliance with the Court's existing discovery orders and further represents that the government will not rely on this proposed case management order to object to any future discovery motions if they are made in compliance with the Court's local criminal rules.

IT IS SO STIPULATED:

Dated: April 25, 2017 /s/
_____
ROBERT DAVID REES
Assistant United States Attorney

Dated: April 25, 2017 /s/
_____
NEAL STEPHENS, ESQ.
Attorney for Defendant Sean Clark Cutting

Dated: April 25, 2017                                    /s/
                                                         _____
                                                         GEORGE BOISSEAU, ESQ.
                                                         Attorney for Defendant Brian Scott Melland

Dated: April 25, 2017                                    /s/
                                                         _____
                                                         ETHAN BALOGH, ESQ.
                                                         Attorney for Defendant David John Lonich

1 **[PROPOSED] CASE MANAGEMENT ORDER**

2 **PURSUANT TO STIPULATION,** and for good cause shown, the Court hereby orders that the

3 trials of the indictments in *United States v. Cutting et al.*, Case No. CR 14-139 SI, and *United States v.*

4 *Cutting et al.*, Case No. CR 17-139 SI, shall be tried jointly and shall both commence on October 10,

5 2017.

6 The Court further orders that the parties shall comply with the pre-trial schedule set forth below:

7 On April 28, 2017, the defendants shall be arraigned on the new action, *United States v. Cutting*

8 *et al.*, Case No. CR 17-139 SI, before the duty Magistrate Judge in advance of the status hearing on

9 these cases before the Court at 11 a.m.

10 On June 16, 2017, the defendants shall file all motions to dismiss or motions pursuant to Rule 12,

11 if any.

12 On June 30, 2017, the government shall respond to any motions to dismiss or motions pursuant

13 to Rule 12 made by the defendants.

14 On July 7, 2017, the defendants may file a reply in further support of any motions to dismiss or

15 motions pursuant to Rule 12.

16 On July ~~14,~~ 28 2017, the Court shall conduct a hearing on any motions to dismiss or motions

17 pursuant to Rule 12.

18 On August 22, 2017, the government, in compliance with the Court's standing Order for Pretrial

19 Preparation (Criminal), shall file its (1) trial memorandum, (2) witness list, and (3) exhibit list.

20 On August 22, 2017, after conferring, the parties shall file: (1) proposed jury instructions; (2) a

21 proposed verdict form; and (3) a proposed jury questionnaire.

22 On August 29, 2017, each defendant, in compliance with the Court's standing Order for Pretrial

23 Preparation (Criminal), may file (1) a trial memorandum, (2) a witness list, and (3) an exhibit list.

24 On September 5, 2017, after conferring, the parties shall file motions *in limine*.

25 On September 12, 2017, the parties shall respond to any motions *in limine.*

26 On September 19, 2017, at 3:30 p.m., the Court will conduct a Pre-Trial Conference.

27 //

28 //

On October 10, 2017, at 8:30 a.m., jury selection in the trials of *United States v. Cutting et al.*, Case No. CR 14-139 SI, and *United States v. Cutting et al.*, Case No. CR 17-139 SI, shall commence.

**IT IS SO ORDERED**. AS AMENDED

Dated: 4/25/17

_____
HON. SUSAN ILLSTON
United States District Court Judge
Northern District of California