1 | ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

ROBERT DAVID REES (CABN 229441)
ADAM A. REEVES (NYBN 2363877)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7210
    FAX: (415) 436-7234
    Email: robert.rees@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. 17-CR-00139 SI |
|---|---|
| Plaintiff, | Related Case No. 14-CR-00139 SI |
| v. | **UNITED STATES' NOTICE OF APPEAL** |
| SEAN CLARK CUTTING, DAVID JOHN LONICH, and BRIAN SCOTT MELLAND, | |
| Defendants. | |

    Notice is hereby given that the United States of America appeals to the United States Court of Appeals for the Ninth Circuit from the district court's order on October 4, 2018, regarding restitution (Doc. 342) and amended judgments entered on October 5, 2018 (Doc. 344, 345, 347).  Defendants individually filed their notices of appeal from the amended judgments, respectively, on October 9, 2018 (Doc. 350); on October 10, 2018 (Doc. 352); and on October 18, 2018 (Doc. 850, 851, 852 in 14-CR-139).

    According to the Court of Appeals docket, each of the defendants' individual appeals are consolidated in following numbers:

    Sean Clark Cutting's consolidated appeals:  18-10303, 18-10405, 18-10304, 18-10390.

David John Lonich's consolidated appeals:  18-10301, 18-10407, 18-10299, 18-10408.

Brian Scott Melland's consolidated appeals:  18-10300, 18-10394, 18-10298, 18-10395.

DATED: November 2, 2018				Respectfully submitted,

							ALEX G. TSE
							United States Attorney

							/s/ Robert Rees
							ROBERT REES
							Assistant United States Attorney